IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

DONNA M. HARRAH,
    *Plaintiff*,

v.      **CIVIL ACTION NO**. 3:12-cv-00117-REP

TRANS UNION LLC,
    *Defendant*.

**DEFENDANT TRANS UNION LLC'S
FINANCIAL INTEREST DISCLOSURE STATEMENT**

1. Pursuant to Local Rule 7.1 of the Eastern District of Virginia and to enable Judges and Magistrate Judges to evaluate possible disqualification or recusal, the undersigned counsel for Defendant Trans Union LLC in the above captioned action, certifies that the following are parties in the partnerships, general or limited, or owners or members of non-publicly traded entities such as LLCs or other closely held entities: TransUnion Corp.

2. In accordance with Rule 7.1 of the Federal Rules of Civil Procedure, Defendant Trans Union LLC hereby discloses to the Court as follows:

    a. Trans Union LLC is wholly owned by TransUnion Corp., a Delaware Corporation.

    b. No public company owns 10 percent or more of the stock in Trans Union LLC.

3897718.1/SP/83057/1240/031312

TRANS UNION LLC

/s/_____
Michael R. Ward
Virginia bar number 41133
Attorney for Trans Union LLC
Morris & Morris, P.C.
P.O. Box 30
Richmond, VA 23218-0030
Phone:  (804) 344-8300
Fax:  (804) 344-8539
mward@morrismorris.com

DATED:  March 19, 2012

2

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 19th day of March, 2012, I will electronically file the foregoing with the Clerk of the Court using the CM/ECF system, which will then send a notification of such filing (NEF) to counsel of record registered to use the CM/ECF system in this action, as follows:

Leonard Anthony Bennett
lenbennett@cox.net
Susan M. Rotkis
srotkis@clalegal.com
Consumer Litigation Assoc PC
763 J Clyde Morris Blvd, Suite 1A
Newport News, VA 23601
757-930-3660
757-930-3662 (Fax)
***Counsel for Plaintiff***

I further certify that I will cause a copy of the foregoing Motion and corresponding NEF by electronic mail on the following non-filing user: None.

/s/_____
Michael R. Ward
Virginia bar number 41133
Attorney for Trans Union LLC
Morris & Morris, P.C.
P.O. Box 30
Richmond, VA 23218-0030
Phone: (804) 344-8300
Fax: (804) 344-8539
mward@morrismorris.com