IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

DONNA M. HARRAH,
    *Plaintiff*,

v.          CIVIL ACTION NO. 3:12-cv-00117-REP

TRANS UNION LLC,
    *Defendant*.

**DEFENDANT TRANS UNION LLC'S STATEMENT RESPECTING CONSENT TO PROCEED BEFORE THE MAGISTRATE JUDGE**

Defendant, Trans Union LLC ("Trans Union"), by counsel, hereby provides notice as requested by the Court's April 6, 2012 Order, (Dkt. #8), and informs the Court that it does consent to assignment of this case to a Magistrate Judge as the presiding judicial officer.

TRANS UNION LLC

/s/_____
Michael R. Ward
Virginia bar number 41133
Attorney for Trans Union LLC
Morris & Morris, P.C.
P.O. Box 30
Richmond, VA 23218-0030
Phone:  (804) 344-8300
Fax:  (804) 344-8539
mward@morrismorris.com

## **CERTIFICATE OF SERVICE**

      This is to certify that a true and correct copy of the above and foregoing document has been forwarded on April 11, 2012, to the all counsel of record as follows:

Leonard Anthony Bennett
lenbennett@cox.net
Susan M. Rotkis
srotkis@clalegal.com
Consumer Litigation Assoc PC
12515 Warwick Blvd, Suite 100
Newport News, VA 23606
(757) 930-3660
(757) 930-3662 Fax
*Counsel for Plaintiff*

                                                      /s/_____
                                                      Michael R. Ward
                                                      Virginia bar number 41133
                                                      Attorney for Trans Union LLC
                                                      Morris & Morris, P.C.
                                                      P.O. Box 30
                                                      Richmond, VA 23218-0030
                                                      Phone:  (804) 344-8300
                                                      Fax:  (804) 344-8539
                                                      mward@morrismorris.com