

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

DONNA M. HARRAH,

    Plaintiff,

v.                              Civil Action No. 3:12cv117

TRANS UNTION LLC,

    Defendant.

**ORDER**

It is hereby ORDERED that, upon consent of the parties, this action shall be REASSIGNED to Magistrate Judge M. Hannah Lauck for all purposes. It is further ORDERED that the Initial Pretrial Conference scheduled on the undersigned's docket for 10:30 a.m. April 18, 2012 is cancelled.

The Clerk is directed to send a copy of this Order to Magistrate Judge Lauck.

It is so ORDERED.

                                                /s/    REP
                                          Robert E. Payne
                                          Senior United States District Judge

Richmond, Virginia
Date: April , 2012